**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| NOVACLOUD LICENSING LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>CHARTER COMMUNICATIONS, INC.,<br>CHARTER COMMUNICATIONS OPERATING,<br>LLC, SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC, SPECTRUM GULF COAST,<br>LLC, AND CHARTER COMMUNICATIONS, LLC,<br><br>    Defendants. | Civil Action No. 2:25-cv-01266-JRG-RSP |

**DECLARATION OF ELIZABETH A. LONG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(B)(3), OR,
ALTERNATIVELY, TRANSFER UNDER 28 U.S.C. § 1404(A),  AND MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6)**

I, Elizabeth A. Long, declare as follows:

1.    I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications Operating, LLC, Charter Communications, Inc., Charter Communications, LLC, Spectrum Gulf Coast, LLC, Spectrum Management Holding Company, LLC in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2.    I make this declaration in support of Defendants' Motion to Dismiss For Improper Venue Under Rule 12(b)(3), or Alternatively, Transfer Under 28 U.S.C. § 1404(a), and Motion to Dismiss For Failure to State a Claim Under Rule 12(b)(6).

██████████████

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Daniel Boglioli, dated March 13, 2026.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the ███████████, dated January 1, 2024.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the ██████████████████, dated January 1, 2024.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the NovaCloud Licensing LLC website as of March 10, 2026.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the LinkedIn profile of Joe Chernesky accessed from LinkedIn.com as of March 9, 2026.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the LinkedIn profile of Bill Goldman accessed from LinkedIn.com as of March 9, 2026.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the █████ website as of February 28, 2026.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a Google Maps trip from ████ to the District of Colorado Courthouse that was searched on February 28, 2026.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the ████████ website as of February 28, 2026.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of a Google Maps trip from ██████████ to the District of Colorado Courthouse that was searched on February 28, 2026.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of the ████████ website as of February 28, 2026.

████████████████

14.     Attached hereto as **Exhibit 12** is a true and correct copy of the ████████████ website as of February 28, 2026.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of the ████████████ website as of February 28, 2026.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a Google Maps trip from ████████████ to the Eastern District of Texas Courthouse in Marshall, Texas that was searched on February 28, 2026.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of the Practitioner Search Results of Thomas Bethea accessed from USPTO.gov as of March 10, 2026.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of the Practitioner Search Results of Ronald Liu accessed from USPTO.gov as of March 10, 2026.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of the Practitioner Search Results of Levi Brown accessed from USPTO.gov as of March 10, 2026.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a Google Maps trip from 6300 Legacy Dr, Plano, Texas 75024 to the Eastern District of Texas Courthouse in Marshall, Texas that was searched on February 28, 2026.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of the ████████████

████████████████████████████████████████████████

████████████████████████ dated May 18, 2016.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of the ████████████

████████████████████████████████████████████████

████—dated May 18, 2016.

███████████████

23.     Attached hereto as **Exhibit 21** is a true and correct copy of the ████████

████████████████████████████████████████

████████████████████████████████

24.     Attached hereto as **Exhibit 22** is a true and correct copy of *Entropic Communications, LLC v. Charter Communications, Inc.*, No. 22-cv-00125-JRG (E.D. Tex.), Dkt. 91.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of *Touchstream Technologies, Inc. v. Charter Communications, Inc. et al*, No. 2:23-cv-00059 (E.D. Tex.), Dkt. 46.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of the website for the Spectrum store at 306 N 16th St Suites A-D, Cañon City, CO 81212, accessed March 6, 2026.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of the website for the Spectrum store at 632 Market St Suite E-2, Grand Junction, CO 81505, accessed March 6, 2026.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of the website for the Spectrum store at 1145 S Camino Del Rio Suites 119 and 120, Durango, CO 81303, accessed March 6, 2026.

29.     Attached hereto as **Exhibit 27** is a true and correct copy of the website for the Spectrum store at 100 Broadway, Ste 1E, Sterling, CO  80751, accessed March 6, 2026.

30.     Attached hereto as **Exhibit 28** is a true and correct copy of the website www.spectrum.com/locations/co, accessed March 6, 2026.

31.     Attached hereto as **Exhibit 29** is a true and correct copy of the website https://jobs.spectrum.com/search-jobs/Colorado%2C%20US/4673/3/6252001-5417618/39x00027/-105x50083/50/2, accessed March 10, 2026.

4

32. Attached hereto as **Exhibit 30** is a true and correct copy of the website https://jobs.spectrum.com, accessed March 6, 2026.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a Google Flights search result for flights from Denver, Colorado to Dallas, Texas that was searched on March 2, 2026.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a Google Maps trip from Dallas Fort Worth International Airport, Texas to the Sam B. Hall, Jr. Federal Building and United States Court House in Marshall, Texas, that was searched on March 2, 2026.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a Google Flights search result for flights from San Francisco, California to Dallas, Texas that was searched on March 2, 2026.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a Google Flights search result for flights from San Francisco, California to Denver, Colorado that was searched on March 2, 2026.

37. Attached hereto as **Exhibit 35** is a true and correct copy of Google Maps trip from Denver International Airport to the Alfred A. Arraj United States Courthouse in Denver, Colorado that was searched on March 2, 2026.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a Google Maps trip from San Francisco, California to the Sam B. Hall, Jr. Federal Building and United States Court House, 100 E Houston St, Marshall, TX 75670 that was searched on March 10, 2026.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a Google Maps trip from San Francisco, California to the District of Colorado Courthouse that was searched on March 10, 2026.

40.     Attached hereto as **Exhibit 38** is a true and correct copy of Time to Milestones for cases filed in the United States District Court for the District of Colorado on or after January 1, 2008, generated by DocketNavigator as of March 11, 2026.

41.     Attached hereto as **Exhibit 39** is a true and correct copy of Time to Milestones for cases filed in the United States District Court for the Eastern District of Texas on or after January 1, 2008, generated by DocketNavigator as of March 11, 2026.

I declare under penalty of perjury that the above is true and correct.


Dated: March 13, 2026                              Respectfully submitted,

                                                   */s/ Elizabeth A. Long__*
                                                   Elizabeth A. Long