**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NOVACLOUD LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. *et al.*,<br><br>Defendants. | Case No. 2:25-cv-01266-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT MOTION FOR VENUE DISCOVERY AND BRIEFING SCHEDULE</u>**

Plaintiff NovaCloud Licensing LLC ("NovaCloud") and all Defendants in the above-captioned action (collectively, the "Parties") respectfully file this Joint Motion for Venue Discovery and Briefing Schedule.

On March 13, 2026, Defendants filed a Motion to Dismiss for Improper Venue Under Rule 12(b)(3), or Alternatively, Transfer Under 28 U.S.C. § 1404(a), and Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) ("Motion"). Dkt. 14. The Parties have met and conferred and agree that limited venue discovery and a modified briefing schedule for the Motion would be appropriate in this case. In particular, the Parties move for an order that allows for the following discovery and that sets the following deadlines:

1. NovaCloud may serve up to 5 Venue-Related Requests for Production and 5 Venue-Related Interrogatories on each individual Defendant who has argued that venue is improper and/or inconvenient here in the Eastern District of Texas; and 5 Common Venue-Related Requests for Production and 5 Common Venue-Related Interrogatories across all Defendants who have argued that venue is improper and/or inconvenient here in the Eastern District of Texas. A

"Common Venue-Related Request for Production" is one that is identical in substance and counts as a single request for production regardless of the number of Defendants. A "Common Venue-Related Interrogatory" is one that is identical in substance and counts as a single interrogatory regardless of the number of Defendants.

2. NovaCloud may conduct one Rule 30(b)(6) venue-related deposition of each Defendant who has argued that venue is improper and/or inconvenient here in the Eastern District of Texas.

3. Defendants may serve up to 5 Venue-Related Requests for Production and 5 Venue-Related Interrogatories on NovaCloud.

4. Defendants may conduct one Rule 30(b)(6) transfer-related deposition of NovaCloud.

5. Each venue-related or transfer-related deposition is limited to 4 hours.

6. The time for responding to venue-related discovery requests is set to twenty one (21) days from service, or as otherwise agreed by the Parties.

7. Venue-related discovery shall be limited to the venue and transfer issues raised in the Motion, the supporting declarations and exhibits, and related evidence.

8. The venue-related discovery shall not count toward the parties' general discovery limits in the forthcoming Discovery Order.

9. Nothing in this joint motion for venue discovery shall be deemed a waiver of any party's objections.

10. Venue discovery shall be completed within 120 days of the Court's order on this joint motion.

11. NovaCloud's opposition to the Motion shall be due three weeks from the close of venue discovery. Defendants' reply shall be due three weeks after the filing of NovaCloud's opposition. NovaCloud's sur-reply shall be due three weeks after the filing of the reply.

Dated: March 27, 2026

Jointly submitted,

/s/ *Reza Mirzaie*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc Fenster (CA SBN 181067)
mfenster@raklaw.com
Adam Hoffman (CA SBN 218740)
ahoffman@raklaw.com
Andrew Weiss (CA SBN 232974)
aweiss@raklaw.com
Linjun Xu (CA SBN 307667)
lxu@raklaw.com
Joshua Scheufler (TX SBN 24123406)
jscheufler@raklaw.com

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
(310) 826-7474

**ATTORNEYS FOR PLAINTIFF**
**NovaCloud Licensing LLC**

/s/ *Elizabeth A. Long*

Deron R. Dacus
Texas State Bar No. 00790553
Shannon M. Dacus
Texas State Bar No. 00791004
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com
sdacus@dacusfirm.com

Daniel L. Reisner
NY Bar No. 2685543
Elizabeth A. Long
NY Bar No. 4125209
Rebecca Maller-Stein
NY Bar No. 5416805
Jerrit Yang
NY Bar No. 5929997
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Phone: (212) 836-8000
Fax: (212) 836-8689
daniel.reisner@arnoldporter.com
elizabeth.long@arnoldporter.com
rebecca.maller-stein@arnoldporter.com

jerrit.yang@arnoldporter.com

**ATTORNEYS FOR DEFENDANTS Charter Communications, Inc.; Charter Communications Operating, LLC; Charter Communications, LLC; Spectrum Gulf Coast, LLC; and Spectrum Management Holding Company, LLC**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, all counsel of record who are deemed to have consented to electronic service with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*
Reza Mirzaie